IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BRADLEY STUBBLEFIELD AND
KRISTAN STUBBLEFIELD                                            PLAINTIFFS

VS.                                              CIVIL ACTION NO. 3:15cv18-HTW-LRA

SUZUKI MOTOR CORPORATION, ET AL                      DEFENDANTS

## ORDER

The Court conducted a telephonic hearing on July 27, 2016, regarding various motions filed by the parties. Having considered the motions, as well as argument of counsel, the Court finds as follows.

IT IS, THEREFORE, ORDERED:

1. Defendant Suzuki Motor Corporation and Nissin Kogyo Co., Ltd.'s Motion for Protective Order [57] is **granted** to the extent that a Protective Order shall be entered protecting the confidentiality and proprietary information to be produced in discovery. However, as requested by Plaintiffs, a limited sharing provision shall be included in the Protective Order, tailored by the voluntary agreements set forth by Plaintiffs in their Memorandum [65]. Plaintiffs' counsel shall draft and submit the proposed Protective Order to defense counsel for review and then forward a copy to the Court for entry, on or before August 3, 2016.

2. Defendants' Motion to Compel [66] is **granted** to the extent that Plaintiffs shall produce the chain of custody and operation/testing information for the subject motorcycle between September 4, 2014, and May 13, 2016, on or before August 2, 2016.  Plaintiff shall make available for deposition prior to August 5, 2016, all persons involved in operating/testing the subject motorcycle between September 4, 2015, and May 14, 2016.  Plaintiffs' counsel represented to the Court that there is only one such person, and he would immediately identify him and provide all known contact information to defense counsel.

3. Plaintiffs are directed to preserve the original wheels and tires which are currently on the motorcycle and were on the vehicle when the accident occurred.  Defendants are directed to provide substitute wheels and tires in substantially the same condition as the originals for the August 5, 2016, testing, at their expense.

4. Plaintiffs are directed to make every effort to assist Defendants in locating and deposing the person who operated the motorcycle prior to the August 5, 2016 testing.  However, the testing shall proceed as long as the information regarding chain of custody and operation/testing is provided on or before August 2, 2016.

5. Plaintiffs' motion to amend response [71] and Defendants' motion to strike [73] are **granted.**

SO ORDERED, this the 28th day of July, 2016.

/s/ Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE