| | |
|---|---|
| **From:** | Mike Malouf, Jr <mikejr@malouflaw.com> |
| **Sent:** | Friday, July 29, 2016 3:21 PM |
| **To:** | Bobby Miller |
| **Cc:** | Caroline Ivanov; Kat Carrington; Mark Jicka; Will Thomas |
| **Subject:** | RE: Stubblefield v. Suzuki, 3:15cv18 [IWOV-ButlerSnow.FID5123113] |

Bobby,
I have been unable to reach Mr. Lind.
I have not spoken to him in approx 2 years.
Please go ahead and authorize your private investigators locate him without any exparte conversations other than his location.

Thank you,
Mike

**From:** Mike Malouf, Jr
**Sent:** Wednesday, July 27, 2016 2:00 PM
**To:** 'Bobby Miller' <Bobby.Miller@butlersnow.com>
**Cc:** Caroline Ivanov <civanov@watkinseager.com>; Kat Carrington <Kat.Carrington@butlersnow.com>; Mark Jicka <mjicka@watkinseager.com>; Will Thomas <Will.Thomas@butlersnow.com>
**Subject:** RE: Stubblefield v. Suzuki, 3:15cv18 [IWOV-ButlerSnow.FID5123113]

Pursuant to the Court Order today, the consultant that drove the subject motorcycle is Mr. Preston Lind, his number is 850-255-0007. I will try to get in touch with him today to set up a deposition ASAP. Because he is considered a consultant, I do not agree to any ex-parte communication.

Please let me know if anything further is needed.

Thank you,

*Mike Jr.*

Mike Malouf, Jr.
Malouf & Malouf, pllc
501 E. Capitol St.
Jackson, MS 39201
601-948-4320
mikejr@MaloufLaw.com

---

**From:** Bobby Miller [mailto:Bobby.Miller@butlersnow.com]
**Sent:** Friday, July 08, 2016 3:53 PM
**To:** 'Anna_Furr@mssd.uscourts.gov' <Anna_Furr@mssd.uscourts.gov>; Mike Malouf, Jr <mikejr@malouflaw.com>
**Cc:** Caroline Ivanov <civanov@watkinseager.com>; Kat Carrington <Kat.Carrington@butlersnow.com>; Mark Jicka <mjicka@watkinseager.com>; Will Thomas <Will.Thomas@butlersnow.com>
**Subject:** RE: Stubblefield v. Suzuki, 3:15cv18 [IWOV-ButlerSnow.FID5123113]



Exhibit "F"