SMC had notice of the defect in B. Stubblefield's bike. Further, plaintiffs say that they intend to use the reports to show that other riders experienced front brake failure while riding a bike similar to B. Stubblefield's. Neither SMC nor plaintiffs have identified with any specificity the documents in question. As such, this court is unable to conceive of an exception to the general jurisprudence of non-admissibility at this time. If they somehow are to be used for impeachment, this court is to be notified before that attempt occurs.

IV.     CONCLUSION

**IT IS, THEREFORE, ORDERED that SMC's Motion in Limine to Exclude Customer Complaints of Brake Failure [Docket no. 250] is DENIED WITHOUT PREJUDICE.**

**IT IS FINALLY ORDERED that SMC's Motion in Limine to Exclude Post-Crash Investigative Documents [Docket no. 252] is GRANTED.**

SO ORDERED this the 30th day of September, 2018.

**s/ HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**