# BUTLER | SNOW

HAND DELIVERY

October 26, 2016

Michael J. Malouf, Jr., Esq.
Malouf & Malouf
501 E. Capitol Street
Jackson, MS 39201

     Re:    *Bradley and Kristan Stubblefield, husband and wife vs. Suzuki Motor Corporation, a foreign corporation, et al.*; In the United States District Court for the Southern District of Mississippi, Jackson Division; Civ. A. No.: 3:15cv18

Dear Mr. Malouf:

Pursuant to the Court's recent entry of the Temporary Stipulated Protective Order, enclosed are the following:

1. hard drive containing SMCSTUBBPROD001;

2. SMC Schedule A Production Log;

3. SMC Production Privilege Log;

4. hard drive containing SMAISTUBBPROD001;

5. SMAI Schedule A Production Log; and

6. SMAI Production Privilege Log.

The hard drives contain confidential documents responsive to Plaintiffs' First Request for Production of Documents. Also enclosed are instructions to access the hard drives. The TrueCrypt passwords were provided to you separately by email today.

Thank you.

Sincerely,

*Tricia T. Nichols*

Tricia T. Nichols, Paralegal

/tn
Enclosures

cc:    Mark D. Jicka, Esq.
       Caroline K. Ivanov, Esq.
       (with enclosures)

*T 601.948.5711*    *Suite 1400*
*Post Office Box 6010*    *F 601.985.4500*    *1020 Highland Colony Parkway*
*Ridgeland, MS 39158-6010*    *www.butlersnow.com*    *Ridgeland, MS 39157*

## EXHIBIT A