| | |
|---|---|
| **From:** | Randy Edwards <Randy@cochranedwardslaw.com> |
| **Sent:** | Monday, October 29, 2018 2:20 PM |
| **To:** | Riggs, Randall R. |
| **Cc:** | Mike Malouf, Jr.; Mortier, Jeffrey J.; Bobby Miller; Will Thomas; Kat Carrington |
| **Subject:** | RE: Revised stipulation |
| **Attachments:** | Stipulation--RRE revision.docx |

Here is a revision.  I moved para. 11 into the body so it will not be read to jury.  I revised para 6 as follows: <u>During the majority of Mr. Lind's test runs at speeds between 28-30 mph, the front brake did not have sufficient stopping power to lock the front wheel.  However, on at least one of Mr. Lind's test runs, the front brake did have sufficient stopping power to lock the front wheel</u>.  I think that is as neutral as we can make.  Both sentences are factually accurate.

I also clarified that you will not call Mike Jr. as a witness, and we won't either, provided that Jennifer Lind does not testify as to what Preston allegedly told her.  That is 100% in your control.  We may disagree as to whether those out of court statements are hearsay, or whether there is an exception, but if that testimony comes in, we need to be able to rebut it.  So whether we call Mike Jr. in rebuttal is 100% in your control.

I am not saying this is take it or leave it.  If there are some more tweaks that you want me to consider, shoot them over.


*Randy Edwards*
*(770) 435-2131*

**From:** Riggs, Randall R. <rriggs@fbtlaw.com>
**Sent:** Monday, October 29, 2018 1:41 PM
**To:** Randy Edwards <Randy@cochranedwardslaw.com>
**Cc:** Mike Malouf, Jr. <mikejr@Malouf.law>; Mortier, Jeffrey J. <jmortier@fbtlaw.com>; Bobby Miller <Bobby.Miller@butlersnow.com>; Will Thomas <Will.Thomas@butlersnow.com>; Kat Carrington <Kat.Carrington@butlersnow.com>
**Subject:** FW: Revised stipulation

Randy

In the spirit of compromise, here is what we will agree to as the Stipulation.

Minor revisions to #2 and #10 for accuracy.

I don't think you really want #11 read to the jury, and we would agree to delete it.

Number 6 is what we think is fair.  It gives you most of what you want, but we will not agree to let Mike testify through this paragraph about the number or runs or cam settings.  The whole point of this is to keep Mike from being a witness, and your proposal lets him testify.



If we can't get agreement on this version, then we will submit to the court as our proposal and you can tell the court what you want.

I hope this takes care of this issue.  Let me know.   Randy

**Randall R. Riggs**
Attorney at Law | **Frost Brown Todd LLC**

317.237.3814  Direct
317.697.1250  Mobile

rriggs@fbtlaw.com

**From:** Mortier, Jeffrey J.
**Sent:** Monday, October 29, 2018 1:31 PM
**To:** Riggs, Randall R. <rriggs@fbtlaw.com>
**Subject:** Revised stipulation

**Jeffrey J. Mortier**
Attorney at Law



201 North Illinois Street | Suite 1900 | P.O. Box 44961

Indianapolis, IN  46244-0961

317.237.3866  Direct
317.237.3800  Main
317.201.3594  Mobile
317.237.3900  Fax

jmortier@fbtlaw.com | frostbrowntodd.com


NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Frost Brown Todd LLC at (513) 651-6800 (collect), so that our address record can be corrected.