**In the Matter of:**

**BRADLEY AND KRISTAN STUBBLEFIELD**

vs

**SUZUKI MOTOR CORPORATION, ET AL.**

*LIND, JENNIFER NEYLAND*

*October 18, 2016*



**EXHIBIT D**

844.533.DEPO

```
 1          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                   NORTHERN DIVISION

 3


 4
     BRADLEY AND KRISTAN
 5   STUBBLEFIELD, husband
     and wife,
 6        Plaintiffs,


 7
     VS.             CIVIL ACTION NO. 3:15cv18HTW-LRA
 8

 9   SUZUKI MOTOR CORPORATION,
     a foreign corporation;
10   NISSIN KOGYO CO., LTD,
     a limited liability company;
11   and XYZ CORPORATIONS 1-5,
          Defendants.
12

13
          DEPOSITION OF JENNIFER NEYLAND LIND
14
          Taken at the Offices of Butler Snow
15        LLP, 1020 Highland Colony Parkway,
          Suite 1400, Ridgeland, Mississippi,
16        on Tuesday, October 18, 2016,
          beginning at 1:49 p.m.
17


18


19   REPORTED BY:

20        CANDACE O'BARR JONES, CCR #1260
          Court Reporter & Notary Public
21        eDeposition
          Post Office Box 14148
22        Jackson, Mississippi 39236
          Main:  (601) 326-7888
23        Toll Free:  (844) 533-DEPO
          Mobile:  (601) 842-2698
24        E-Mail:  cjones@edeposition.com
          www.edeposition.com
25
                eDEPOSITION (844) 533-DEPO
```

```
 1   hired him to test-drive a motorcycle.  So
 2   obviously knowing the Maloufs from growing
 3   up made we question even more.  I said,
 4   "Well, how did he find out that you rode
 5   motorcycles"?  And he said that Mike Cox had
 6   given him his name.  Mike Cox is also in the
 7   car business.
 8           So he just mentioned that he rode
 9   the motorcycle.  If I'm not mistaken, he
10   told me he rode it for Mike Malouf over on
11   Sowell Road, that somebody had wrecked a
12   motorcycle and that he test-drove it to see
13   if there was anything wrong with it.
14       Q.  And what did he say about the result
15   of the test riding?
16       A.  He said there was nothing wrong with
17   the bike.  He didn't think there was
18   anything wrong with the bike.
19       Q.  Did he say something, words to the
20   effect that he told Mr. Malouf that "whoever
21   wrecked the bike obviously did not know how
22   to ride because there was nothing wrong with
23   the motorcycle"?
24       A.  Yes.  I believe that's exactly what
25   he said to me.
```

```
 1              CERTIFICATE OF COURT REPORTER
 2         I, CANDACE O'BARR JONES, Court Reporter
 3    and Notary Public, in and for the County of
 4    Hinds, State of Mississippi, hereby certify
 5    that the foregoing pages, and including this
 6    page, contain a true and correct transcript
 7    of the testimony of the witness as taken by
 8    me at the time and place heretofore stated,
 9    and later reduced to typewritten form by
10    computer-aided transcription under my
11    supervision, to the best of my skill and
12    ability.
13         I further certify that I placed the
14    witness under oath to truthfully answer all
15    questions in this matter under the authority
16    vested in me by the State of Mississippi.
17         I further certify that I am not in the
18    employ of, or related to, any counsel or
19    party in this matter, and have no interest,
20    monetary or otherwise, in the final outcome
21    of the proceedings.
22         Witness my signature and seal, this the
23    24th day of October, 2016.
24    _____
          Candace O'Barr Jones, CSR #1260
25        My Commission Expires September 19, 2019
```